IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DENNIS WAYNE GREER, #155727, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:25-CV-307-WKW ) [WO] |
| JOHN Q. HAMM, *et al.*, | ) ) |
| Defendants. | ) |

# **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 5.) According to Rule 72(b)(2) of the Federal Rules of Civil Procedure, parties may file specific written objections to a magistrate judge's proposed findings and recommendations. The recommendation set a deadline of July 22, 2025, to file objections. (Doc. # 5 at 2.) As of today, no objections or requests to extend deadline have been filed. Based upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge is ADOPTED; and

(2) This action is DISMISSED without prejudice;

Final judgment will be entered separately.

DONE this 11th day of August, 2025.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE